IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| E. JAMES PETERS and SUSAN DVORAK, | ) | |
| Plaintiffs, | ) | CASE NO. 00-1700PAM/JGL |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER** |
| BEAULIEU GROUP, LLC, | ) | |
| Defendant. | ) | |

Plaintiffs E. James Peters ("Peters") and Susan Dvorak ("Dvorak") and Defendant Beaulieu Group, LLC ("Beaulieu"), through the undersigned counsel, hereby stipulate that:

1. The period for Beaulieu to answer the Complaint shall be extended fourteen (14) days, until August 23, 2000; and

2. Peters and Dvorak agree to such extension in consideration of Beaulieu's commitment that it will not file a motion to dismiss or other motion in response to the Summons and Complaint herein.

Respectfully submitted this 9th day of August, 2000.

Rockford R. Chrastil
Rockford R. Chrastil, #145518
**Chrastil, Steinberg & Sarnoski, P.L.L.P.**
1155 Grain Exchange – East Building
412 South Fourth Street
P. O. Box 15085
Minneapolis, MN 55415-0085

**[Signatures Appear on the Following Page]**

FILED 8-10-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Attorneys for Plaintiffs E. James Peters and Susan Dvorak
**BEAULIEU GROUP, LLC**

By: ______________________
One of its Attorneys

Lisa C. Foster
Thomas G. Reynolds, IV
**SUTHERLAND, ASBILL & BRENNAN, L.L.P.**
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the period for Defendant Beaulieu Group LLC to answer the Complaint shall be extended fourteen (14) days, until August 23, 2000.

BY THE COURT

Dated: Aug 10, 2000 ______________________
United States District Court