UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E. James Peters, et al.

Plaintiffs, Civil 00-1700 PAM/JGL

v.

Beaulieu Group, LLC.,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Thursday, November 30, 2000 @ @ 9:00 A.M., before Chief Judge Magnuson, is CANCELLED. The parties shall receive a new notice when this is re-scheduled.

Dated: November 27, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

NOV 27 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK