UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1700 (PAM/JGL)

E. JAMES PETERS, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

BEAULIEU GROUP, LLC,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2001;

3. Plaintiffs shall disclose all expert witnesses, including reports, by April 1, 2001; Defendant shall disclose all expert witnesses, including reports, by May 1, 2001; Plaintiffs shall disclose all responsive expert witness reports by May 15, 2001;

4. The period during which the parties may seek discovery shall be completed by June 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period must be filed prior to July 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to August 1, 2001; and

7. This case will be considered "ready for trial" as of October 1, 2001.

DATED: December 15, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED 12-19-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK