**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **E. James Peters and Susan Dvorak,** Plaintiffs, | ) | Civil 00-1700 PAM/JGL |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |
| **Beaulieu Group, LLC,** Defendant. | ) | |

WHEREAS, a Pretrial Order was issued by United States Magistrate Judge Jonathan Lebedoff on December 15, 2000, which provided, among other things, as follows:

4. The period during which the parties may seek discovery shall be completed by June 1, 2001;
5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed and heard prior to July 1, 2001;
6. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to August 1, 2001; and
7. This case will be considered "ready for trial" as of October 1, 2001.

WHEREAS, counsel for Plaintiff served written discovery requests and notices of deposition for eight (8) employees or former employees on counsel for Defendant on April 4, 2001;

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

WHEREAS, counsel for Defendant served written discovery requests on counsel for Plaintiff on May 1, 2001;

WHEREAS, on May 7, 2001,counsel for Defendant advised Plaintiffs' counsel that Defendant needed additional time to respond to the outstanding written discovery, that several of the individuals for whom notices of deposition had been served were no longer employed by Defendant, that Defendant was unwilling to make former employees and employees located outside the jurisdiction of the Court available for a deposition in Minnesota and that counsel for Defendant would be out of the country for the period in which the depositions were scheduled;

WHEREAS, counsel for Plaintiffs needs to review Defendant's responses to written discovery before proceeding with the noticed depositions;

WHEREAS, the following discovery remains to be completed by the parties;

1. Defendant to provide Plaintiff with responses to discovery previously served;
2. Plaintiff's dcposition of eight (8) employees or former employees of Defendant;
3. Plaintiff to provide Defendant with responses to discovery previously served;
4. Defendant's deposition of Plaintiffs;

5. Plaintiff anticipates that subsequent to receiving the discovery to be produced by Defendant and taking the above-referenced depositions, additional, limited discovery may be needed;

6. Defendant anticipates that subsequent to receiving the discovery to be produced by Plaintiffs and taking their depositions, additional limited discovery may be needed; and

WHEREAS, counsel for the parties have agreed that it will not be possible to complete the outstanding and anticipated discovery within the time period set by the Court on December 15, 2000;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that they move the Court to extend the deadline for completing discovery and filing motions with an Order as follows:

1. The period during which the parties may conduct discovery shall be completed by August 1, 2001;
2. All non dispositive motions, specifically those which relate to discovery and the discovery period, must be filed and heard prior to September 1, 2001;
3. Until further notice, all dispositive motions must noticed, served and filed, in accordance with the local rules, prior to October 1, 2001; and

4. The case will be considered "ready for trial" as of December 1, 2001.

Dated: 5-29-01

CHRASTIL and STEINBERG, P.L.L.P.

By: Rockford R. Chrastil
Rockford R. Chrastil
**Attorneys for Plaintiff**
412 S. Fourth St., Suite 1155
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

Dated: 5-29-01

**ANTHONY OSTLUND & BAER, P.A.**

By: Mark D. Wisser
Mark D. Wisser
3750 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996

**SUTHERLAND, ASBILL & BRENNAN, LLP**
Lisa C. Foster
Thomas G. Reynolds, IV
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

**Attorneys for Defendant**

**BY THE COURT:**

It is so ordered.

Dated: May 30, 2001

**JONATHAN LEBEDOFF**
**United States Magistrate Judge**