**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **E. James Peters and Susan Dvorak,** Plaintiffs, | ) | Civil 00-1700 PAM/JGL |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |
| **Beaulieu Group, LLC,** Defendant. | ) | |

WHEREAS, a Stipulation and Order to Extend Discovery Schedule was entered by United States Magistrate Judge Jonathan Lebedoff on May 30, 2001, which provided, among other things, as follows:

4. The period during which the parties may seek discovery shall be completed by August 1, 2001;
5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed and heard prior to September 1, 2001;
6. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to October 1, 2001; and
7. This case will be considered "ready for trial" as of December 1, 2001.

WHEREAS, a series of mergers and changes in corporate organization have made it difficult to compile the information and documents necessary to respond to the Plaintiffs' discovery



FILED AUG - 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

requests;

WHEREAS, on June 13, 2001, counsel for the Defendant was unexpectedly called to trial out-of-state for a jury trial that did not conclude until July 9, 2001, and following that trial post-trial motions required extensive briefing.

WHEREAS, during this time, because of the demands of trial, counsel for the Defendant was unable to confer with his client regarding information and documents necessary to respond to the Plaintiffs' discovery requests;

WHEREAS, because of these circumstances, which were out of the control of counsel for the Defendant, the Defendant needed additional time to respond to the outstanding written discovery;

WHEREAS, counsel for the Parties are working together to complete written discovery;

WHEREAS, counsel for the Parties will need to review the respective responses to written discovery before proceeding with depositions;

WHEREAS, the following discovery remains to be completed by the parties:

1. The Defendant to provide the Plaintiffs with responses to discovery previously served;

2. Plaintiffs' deposition of eight (8) employees or former employees of the Defendant;

3. Plaintiffs to provide the Defendant with responses to discovery previously served;

4. The Defendants' deposition of the Plaintiffs.

5. The Plaintiffs anticipate that, subsequent to receiving the discovery to be produced by the Defendant and taking the above-referenced depositions, additional, limited discovery may be needed; and

6. The Defendant anticipates that, subsequent to receiving the discovery to be produced by the Plaintiffs and taking the Plaintiffs' depositions, additional, limited discovery may be needed; and

WHEREAS, counsel for the parties have agreed that it will not be possible to complete the outstanding and anticipated discovery within the time period set by the Court on May 29, 2001;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that they move the Court to extend the deadline for completing discovery and filing motions with an Order as follows:

1. The period during which the parties may conduct discovery shall be completed by November 2, 2001;
2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed by December 3, 2001;
3. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, by January 7, 2002; and
4. The case will be considered "ready for trial" as of March 11, 2001.

CHRASTIL and STEINBERG, P.L.L.P.

Dated: 7-31-01

By: Rockford R. Chrastil
Rockford R. Chrastil
1155 Grain Exchange-East Bldg.
412 South Fourth Street
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

**Attorneys for Plaintiff**

ANTHONY, OSTLUND & BAER, P.A.

Dated: 7-31-01

By: Mark D. Wisser (RRC by permission)
Mark D. Wisser
Suite 3600
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996

**SUTHERLAND, ASBILL & BRENNAN, LLP**
Lisa C. Foster
Thomas G. Reynolds, IV
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

**Attorneys for Defendant**

**BY THE COURT:**

It is so ordered.

Dated: Aug. 6, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |