**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| **E. James Peters and Susan Dvorak,** Plaintiffs, vs. **Beaulieu Group, LLC,** Defendant. | Civil 00-1700 PAM/JGL **STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |

WHEREAS, a Stipulation and Order to Extend Discovery Schedule was entered by United States Magistrate Judge Jonathan Lebedoff on August 6, 2001, which provided, among other things, as follows:

4. The period during which the parties may seek discovery shall be completed by November 2, 2001;
5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed and heard prior to December 3, 2001;
6. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to January 7, 2002; and
7. This case will be considered "ready for trial" as of March 11, 2001.

WHEREAS, a series of mergers and changes in corporate organization made it difficult for Defendant to compile the information and documents necessary to respond to the Plaintiffs'

AO 495344.2

FILED 11-2-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery requests;

WHEREAS, on June 13, 2001, lead counsel for the Defendant was unexpectedly called to trial out-of-state for a jury trial that did not conclude until July 9, 2001, and following that trial post-trial motions required extensive briefing.

WHEREAS, during this time, because of the demands of trial, lead counsel for the Defendant was unable to confer with his client regarding information and documents necessary to respond to the Plaintiffs' discovery requests;

WHEREAS, because of these circumstances, which were out of the control of lead counsel for the Defendant, the Defendant needed additional time to respond to the outstanding written discovery;

WHEREAS, counsel for Plaintiffs has subsequently needed additional time to respond to Defendant's discovery requests;

WHEREAS, the Parties have now exchanged responses to written discovery;

WHEREAS, counsel for the Parties are now in the process of reviewing the respective responses to written discovery, including responses to document requests, and are working on scheduling depositions;

WHEREAS, the following discovery remains to be completed by the parties:

1. Plaintiffs' deposition of eight (8) employees or former employees of the Defendant;
2. The Defendants' deposition of the Plaintiffs.

3. The Plaintiffs anticipate that in addition to the above-referenced depositions, additional, limited discovery may be needed; and

4. The Defendant anticipates that in addition to the Plaintiffs' depositions, additional, limited discovery may be needed;

WHEREAS, it appears that counsel for the parties may be required to travel to other parts of the country for a number of depositions; and

WHEREAS, counsel for the parties have agreed that it will not be possible to complete the outstanding and anticipated discovery within the time period set by the Court on August 6, 2001;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that they move the Court to extend the deadline for completing discovery and filing motions with an Order as follows:

1. The period during which the parties may conduct discovery shall be completed by February 8, 2002;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed by March 8, 2002;

3. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, by April 8, 2002; and

4. The case will be considered "ready for trial" as of

June 10, 2002.

Dated: 10-31-01

CHRASTIL and STEINBERG, P.L.L.P.

By: Rockford R. Chrastil

Rockford R. Chrastil
1155 Grain Exchange-East Bldg.
412 South Fourth Street
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

**Attorneys for Plaintiff**

Dated: 10-31-01

ANTHONY OSTLUND & BAER, P.A.

By: Mark D. Wisser

Mark D. Wisser
Suite 3600
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996

**SUTHERLAND, ASBILL & BRENNAN, LLP**
Lisa C. Foster
Thomas G. Reynolds, IV
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

**Attorneys for Defendant**

**BY THE COURT:**

It is so ordered.

Dated: Nov. 2, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge