**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| **E. James Peters and Susan Dvorak,** Plaintiffs, vs. **Beaulieu Group, LLC,** Defendant. | Civil 00-1700 PAM/JGL **STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |

WHEREAS, a Stipulation and Order to Extend Discovery Schedule was entered by United States Magistrate Judge Jonathan Lebedoff on November 2, 2001, which provided, among other things, as follows:

4. The period during which the parties may seek discovery shall be completed by February 8, 2002;

5. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed and heard prior to March 8, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to April 8, 2002; and

7. This case will be considered "ready for trial" as of June 10, 2002.

WHEREAS, the Parties have exchanged extensive written discovery, including the production of more than one thousand pages of documents;

FEB 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, Plaintiffs' counsel noticed the depositions of eight witnesses, only one of whom resides or regularly does business in the state of Minnesota;

WHEREAS, Defendant's counsel noticed the depositions of the Plaintiffs, James Peters and Susan Dvorak;

WHEREAS, counsel for the parties have been attempting to resolve the issue of where and when the noticed depositions will take place for several months;

WHEREAS, for the last several months counsel for the Defendant has been preparing for and participating in litigation in the Eastern District of Virginia, with extensive out of town depositions and pretrial motion practice, and trial beginning on February 11, 2002 that is expected to last at least three weeks;

WHEREAS, because of counsel's schedules and the need to resolve the issues of where and when the noticed depositions will take place, the Parties have not been able go forward with the noticed depositions;

WHEREAS, the following discovery remains to be completed by the parties:

1. Plaintiffs' deposition of eight (8) employees or former employees of the Defendant;
2. The Defendant's deposition of the Plaintiffs.
3. The Plaintiffs anticipate that, subsequent to taking the above-referenced depositions, additional, limited discovery may be needed; and

4. The Defendant anticipates that, subsequent to taking the Plaintiffs' depositions, additional, limited discovery may be needed;

WHEREAS, counsel for the Parties are working together to determine an appropriate location and schedule for the taking of the outstanding depositions, particularly those of witnesses who do not reside or regularly do business in the state of Minnesota; and

WHEREAS, counsel for the parties have agreed that it will not be possible to complete the outstanding and anticipated discovery within the time period set by the Court on November 2, 2001;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that they move the Court to extend the deadline for completing discovery and filing motions with an Order as follows:

1. The period during which the parties may conduct discovery shall be completed by May 8, 2002;
2. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed by May 8, 2002;
3. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, by June 10, 2002; and
4. The case will be considered "ready for trial" as of August 12, 2002.

**CHRASTIL and STEINBERG, P.L.L.P.**

Dated: 2/14/02 By: [signature]
Rockford R. Chrastil
1155 Grain Exchange-East Bldg.
412 South Fourth Street
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

**Attorneys for Plaintiff**

**ANTHONY, OSTLUND & BAER, P.A.**

Dated: 2/14/02 By: [signature]
Mark D. Wisser
Suite 3600
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996

**SUTHERLAND, ASBILL & BRENNAN, LLP**
Lisa C. Foster
Thomas G. Reynolds, IV
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

**Attorneys for Defendant**

**BY THE COURT:**

It is so ordered.

Dated: [handwritten date] [signature]
JONATHAN LEBEDOFF
United States Magistrate Judge