**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| **E. James Peters and Susan Dvorak,** Plaintiffs, vs. **Beaulieu Group, LLC,** Defendant. | Civil 00-1700 PAM/JGL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULE** |

WHEREAS, a Stipulation and Order to Extend Discovery Schedule was entered by United States Magistrate Judge Jonathan Lebedoff on February 15, 2002, which provided, among other things, as follows:

4. The period during which the parties may seek discovery shall be completed by May 8, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed and heard prior to May 8, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to June 10, 2002; and

7. This case will be considered "ready for trial" as of August 12, 2002.

WHEREAS, the Parties have exchanged extensive written discovery, including the production of more than one thousand pages of documents;

AO 722851.1

MAY 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, on April 23 and 24, 2002, Plaintiff conducted the depositions of Jack Paton, Clayton Burns, and Dave Caples in Atlanta, Georgia;

WHEREAS, on May 1, 2002, Plaintiff conducted the deposition of Susan MacKay in Minneapolis, Minnesota;

WHEREAS, on May 1 and 2, 2002, Defendant conducted the depositions of the Plaintiffs, James Peters and Susan Dvorak, in Minneapolis, Minnesota;

WHEREAS, the following discovery remains to be completed by the parties:

1. Production of additional documents requested by the Plaintiffs following the depositions noted above; and

2. Production of additional documents requested by the Defendant following the depositions noted above;

WHEREAS, counsel for the Parties have agreed to the production of documents requested following the depositions; and

WHEREAS, counsel for the Parties have agreed that it will not be possible to complete the outstanding and anticipated discovery within the time period set by the Court on February 15, 2002;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that they move the Court to extend the deadline for completing discovery and filing motions with an Order as follows:

1. The period during which the parties may conduct discovery shall be completed by May 31, 2002;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed by May 31, 2002;

3. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, by June 28, 2002; and

4. The case will be considered "ready for trial" as of August 12, 2002.

**CHRASTIL and STEINBERG, P.L.L.P.**

Dated: 5-9-02

By: [signature]
Rockford R. Chrastil
1155 Grain Exchange-East Bldg.
412 South Fourth Street
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

**Attorneys for Plaintiff**

**ANTHONY, OSTLUND & BAER, P.A.**

Dated: 5-8-02

By: [signature]
Mark D. Wisser
Suite 3600
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6969
Fax: (612) 349-6996

**SUTHERLAND, ASBILL & BRENNAN, LLP**
Lisa C. Foster
Thomas G. Reynolds, IV
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

**Attorneys for Defendant**

**BY THE COURT:**

It is so ordered.

Dated: May 13, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge