UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

E. James Peters and
Susan Dvorak,

Plaintiffs,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Beaulieu Group, LLC,

Defendant.

Civ. No. 00-1700(PAM/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Paul A. Magnuson, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: September 18th, 2002
At Duluth, Minnesota

FILED SEP 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK