**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **E. James Peters and Susan Dvorak,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Beaulieu Group, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil 00-1700 PAM/JGL<br><br>**STIPULATION** AND ORDER **OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-captioned matter stipulate and agree, by and through counsel, that the entire action will be dismissed, with prejudice, with the parties bearing their own costs and attorneys' fees.

This 30th day of January, 2003.

AGREED:

Rockford R. Chrastil
Chrastil & Steinberg
1155 Grain Exchange-East Bldg.
412 South Fourth Street
P.O. Box 15085
Minneapolis, MN 55415-0085
Tel: (612) 344-1560
Fax: (612) 344-1579

Lisa C. Jern
Thomas G. Reynolds, IV
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8806

AO 854733.1



FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Mark D. Wisser
Anthony, Ostlund & Baer, P.A.
Suite 3600
90 South Seventh Street
Minneapolis, MN 55402-2230
Tel: (612) 349-6969
Fax: (612) 349-6996

Attorneys for Plaintiffs

Attorneys for Defendant
Beaulieu Group, LLC

SO ORDERED, this 7th day of Feb, 2003.

JUDGE
UNITED STATES DISTRICT COURT